FILED'10 MAR 16 07:44 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | | |
|---|---|---|
| RENE REDONDO-LEIVA, | ) | |
| | ) | Civil No. 08-1105-PA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK NOOTH, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

PANNER, District Judge.

Based on the Record,

IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice. The court declines to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). Pending motions, if any, are DENIED AS MOOT.

DATED this 15 day of March, 2010.

_____
Owen M. Panner
United States District Judge

1 - JUDGMENT